```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

    AUG - 3 2006

        AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GARY A FISHER,

    Plaintiff,

v.

SYSCO FOOD SERVICES OF SEATTLE INC.,

    Defendants.

04-CV-02440-ORD

Case No. C04-2440P

ORDER OF DISMISSAL

Counsel having notified the court of the settlement of this case, and it appearing that no issue remains for the court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within 30 days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

IT IS SO ORDERED this ___3___ day of August, 2006.

                                  /s/ Marsha J. Pechman
                                  Marsha J. Pechman
                                  United States District Judge

ORDER OF DISMISSAL